02-13-080-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00080-CV

 

 


 
 
 In RE A&W Industries, Inc. and Humberto George
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and emergency
request for temporary relief and is of the opinion that all relief should be
denied.  Accordingly, relators’ petition for writ of mandamus and emergency
request for temporary relief are denied.

 

 

PER CURIAM

 

PANEL: 
DAUPHINOT, MCCOY, and MEIER, JJ.

 

DELIVERED: 
March 6, 2013









          [1]See
Tex. R. App. P. 47.4, 52.8(d).